UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2013 OCT 21  P 3: 51

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Magistrate No. 2:13-mj-00105-JAW |
| v. ) | |
| ) | |
| FRITZ BLANCHARD a/k/a ) | |
| Frank Blanchard ) | |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
18 U.S.C. 2421

On or about June 26 through June 29, 2013, in the District of Maine, defendant

**FRITZ BLANCHARD a/k/a FRANK BLANCHARD**

knowingly transported individuals in interstate commerce, specifically by transporting Minor A, Adult B and Adult C from Portland, Maine, to Boston, Massachusetts, with the intent that they engage in prostitution, and aided and abetted same.

All in violation of Title 18, United States Code, Section 2421 and 2.

The complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

_____
Anthony Castellanos, Special Agent
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

SWORN TO AND SUBSCRIBED before me
This 21st day of October, 2013.

_____
John A. Woodcock, Jr.
United States District Judge