## Synopsis

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2:13-mj-
BY _____ DEPUTY CLERK

| | |
|---|---|
| Name: | Fritz Blanchard, a/k/a Frank Blanchard |
| Address: (City & State Only) | Boston, Mass |
| Year of Birth and Age: | 1984/28 |
| Violations: | 18 U.S.C. §2421 – transportation in interstate commerce for prostitution |
| Penalties: | Not more than 10 years prison (18 U.S.C. §2421), $250,000 fine (18 U.S.C. §3571(b)(3)), or both. This is a Class C felony (18 U.S.C. §3559(a)(3)). |
| Supervised Release: | Three years (18 U.S.C. §3583(b)(2) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Two years (18 U.S.C. §3583(e)(3)) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Three years less any term of imprisonment imposed upon revocation of supervised release (18 U.S.C. §3583(h)). |
| Defendant's Attorney: | |
| Primary Investigative Agency and Case Agent Name: | HSI: Chris Fitzpatrick |
| Detention Status: | Warrant to issue |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Cumberland |
| AUSA: | Malone |
| Guidelines apply?  Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | None |

| Assessments: | $100 |
|---|---|