UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> FRITZ BLANCHARD ) <br> a/k/a "Frank," "Shake" ) | Criminal No. _____ |

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2014 JAN 15 P 3:37

DEPUTY CLERK

2:14-cr-00009-NT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. §2421

On or about March 28, 2013, in the District of Maine and elsewhere, defendant

**FRITZ BLANCHARD a/k/a "Frank," "Shake"**

knowingly transported individuals in interstate commerce, specifically by transporting Victim A, Victim B and Victim C from Portland, Maine, to Boston, Massachusetts, with the intent that they engage in prostitution, and aided and abetted same.

All in violation of Title 18, United States Code, Section 2421 and 2.

A TRUE BILL,

Original on file with the Clerk's Office

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: 1/15/14

1