UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V ) | Criminal No. 2:14-CR-00009-NT |
| ) | |
| FRITZ BLANCHARD ) | |

**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The defendant has successfully moved to set aside two prior convictions in the State of Massachusetts. Both of these conviction were three point convictions for criminal history calculations purposes in the Amended PreSentence Investigation Report (PSI) (See PSI ¶¶ 52, 54.) Additionally, Mr. Blanchard has an appeal to be filed in 0456CR749 out of the Quincy District Court (PSI ¶ 50) which is also a three point conviction. As a result of the two successful appeals, Mr. Blanchard's criminal history point total is 8 and his Criminal History Category is now IV. Under the terms of the Amended PSI, a criminal history category of IV and an Offense level of 21 yields a sentencing guideline range of 57 to 71.

The defendant has filed numerous objections to the PSI and they are incorporated herein. Should the Court agree with all these objections, the defendant's offense level would be reduced to offense level 14 and Criminal History Category IV and yield a sentencing guideline range of 27 to 33 Months before any consideration for acceptance of responsibility.

Counsel argues that Fritz Blanchard should be sentenced at the low end of the final sentencing guideline range as determined by the court. Fritz Blanchard is the product of significant deprivation as a youth. Both his father and step-father were drug addicted and drug involved. Both were eventually deported to Haiti. Due to several hospitalizations of Fritz's mom, he was raised for a time by his grandmother. He reports suffering abuse at the hands of a

family member and a neighbor.  He has been reluctant to disclose or seek tratment for this issue.

Regrettably, Fritz drifted to the streets and the street life.  In his early teens he began what was to become the chronic use of marijuana.  This led to some institutionalization as a teen.  He failed to complete high school, but did show aptitude by earning his GED a couple of years after leaving school.  Fritz spent several years in prison for numerous drug convictions but has shown the potential for rehabilitation.  He has a record of positive periods of employment and has voluntarily engaged in rehabilitative job training. He has had some setbacks due to significant injuries received in two car accidents.  Additionally, during his period of detention both awaiting trial and sentencing, he has put his time to good rehabilitative use. (please see the defendant's submissions to the court.)

In sum, Fritz Blanchard has shown that he has intelligence, industry, and willingness to make better life decisions at points during his young life.  He has family support and community resources available to assist him going forward.  He would certainly benefit from psychological therapy  and substance abuse treatment, as well as structured supervision.   These conditions are recommended in his PSI.  Additionally, Fritz requests participation in the 500 hour substance abuse treatment program  during his incarceration.


Respectfully submitted,                              /s/  Joel Vincent for Fritz Blanchard's

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I caused a copy of the foregoing sentencing memorandum to be electronically filed on CM/ECF system which will send notification of such filing(s) to the following:

Gail F. Malone, Gail.F.Malone@usdoj.gov

Dated: March 23, 2015      /s/ Joel Vincent
                           Counsel for Defendant Fritz Blanchard


VINCENT, KANTZ, PITTMAN & THOMPSON, LLC
44 Exchange Street
Portland, Maine 04101
jvincent802@gmail.com